Form 404

UNITED STATES BANKRUPTCY COURT  257 − 250
WESTERN DISTRICT OF PENNSYLVANIA  msch

In re:  
　　　　　　　　　　　　　　　　　　　　　Bankruptcy Case No.: 11−20875−JAD
　　　　　　　　　　　　　　　　　　　　　Doc. # 259(Related to Doc. # 244)
　　　　　　　　　　　　　　　　　　　　　Chapter: 13
　　　　　　　　　　　　　　　　　　　　　Hearing Date: 10/5/16 at 10:00 AM

**Damon Kristian Skiles**　　　　　　　　　Suzanne Marie Skiles
　　Debtor(s)　　　　　　　　　　　　　　aka Suzanne Marie Brom

**CERTIFICATE OF SERVICE OF THE ORDER SETTING DATE CERTAIN FOR RESPONSE AND HEARING ON MOTION**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on August 9, 2016.

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was:

**FIRST CLASS MAIL:**

Damon Kristian Skiles and Suzanne Marie Skiles
1131 Vista Hill Road
Canonsburg, Pa 15317

**ELECTRONIC NOTIFICATION:**

Peter J. Ashcroft on behalf of Creditor Duquesne Light Company, pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com

Celine P. DerKrikorian on behalf of Creditor Fifth Third Bank, ecfmail@mwc-law.com

Scott A. Dietterick on behalf of Creditor SELECT PORTFOLIO SERVICING, INC
sad@jsdc.com, kab@jsdc.com;cls@jsdc.com;bankruptcynotice@zuckergoldberg.com;klm@jsdc.com

Scott A. Dietterick on behalf of Creditor Wells Fargo Bank, N.A., on behalf of registered Holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2007-AC6
sad@jsdc.com, kab@jsdc.com;cls@jsdc.com;bankruptcynotice@zuckergoldberg.com;klm@jsdc.com

Andrew F Gornall on behalf of Creditor The Bank of New York Mellon
agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com

Andrew F Gornall on behalf of Creditor Wells Fargo Bank, National Association, as Trustee, et al...
agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com

Jodi L. Hause on behalf of Creditor EMC Mortgage Corporation
Jodihause@hotmail.com, Jodihause@hotmail.com

Jeffrey R. Hunt on behalf of Creditor Borough of Mt. Oliver
jhunt@grblaw.com, cnoroski@grblaw.com

Edward J. Laubach, Jr. on behalf of Creditor Internal Revenue Service
edward.j.laubach@irscounsel.treas.gov, pitirs.bk.email@irscounsel.treas.gov

Kevin T. McQuail on behalf of Creditor FIFTH THIRD BANK
ecfmail@mwc-law.com

Office of the United States Trustee,

 ustpregion03.pi.ecf@usdoj.gov

David W. Raphael on behalf of Creditor JPMorgan Chase Bank, N.A.
draphael@grenenbirsic.com, mcupec@grenenbirsic.com

Joseph P. Schalk on behalf of Creditor Federal National Mortgage Association
pawb@fedphe.com, joseph.schalk@phelanhallinan.com

Justin P. Schantz on behalf of Debtor Damon Kristian Skiles
jschantz@my-lawyers.us, colecchia542@comcast.net;office@my-lawyers.us;jmonroe@my-lawyers.us;ekudlock@my-lawyers.us;rjuliano@my-lawyers.us

Justin P. Schantz on behalf of Joint Debtor Suzanne Marie Skiles
jschantz@my-lawyers.us, colecchia542@comcast.net;office@my-lawyers.us ;jmonroe@my-lawyers.us;ekudlock@my-lawyers.us;rjuliano@my-lawyers.us

Beth L. Slaby on behalf of Creditor EMC Mortgage Corporation
bslaby@clarkhill.com, aporter@clarkhill.com

Beth L. Slaby on behalf of Creditor JPMorgan Chase Bank, N.A.
bslaby@clarkhill.com, aporter@clarkhill.com

Ann E. Swartz on behalf of Creditor FIFTH THIRD BANK,

ecfmail@mwc-law.com

Ann E. Swartz on behalf of Defendant Fifth Third Bank,

ecfmail@mwc-law.com

S. James Wallace on behalf of Creditor Equitable Gas Bankruptcy Department
sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

Robert P. Wendt on behalf of Creditor Fannie Mae, pawb@fedphe.com

Ronda J. Winnecour,

cmecf@chapter13trusteewdpa.com

**EXECUTED ON:** August 9, 2016

By:   /s/ David A. Colecchia Esq.
David A. Colecchia
Law Care
David A. Colecchia and Associates
324 S. Maple Ave.
Greensburg, PA 15601-3219
724-837-2320
PA ID 71830
colecchia542@comcast.net