IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF THE UNITED STATES

In Re: Damon Kristian Skiles
and Suzanne Marie Skiles,

          Debtor(s)

Ronda Winnecour, Trustee and Debtor(s)
Damon Kristian Skiles
xxx-xx-4705

          Movant(s)

OD Energy Solutions, Inc.,

          Respondent,

Case No. 11-20875-JAD
Chapter     13
Related to Docket Document No. 260
Docket Document No. 262

**CERTIFICATE OF SERVICE OF THE ORDER TO STOP PAYROLL DEDUCTIONS AND THIS COS.**

I certify under penalty of perjury that I served the above captioned pleading(s) on the parties at the address specified below or on the attached list on August 9, 2016.

The types of service made on the parties were United States Prepaid First Class Mail with Return Service Requested and by Electronic Notification.

**Parties served by electronic Notification:**

Office of the United States Trustee, ustpregion03.pi.ecf@usdoj.gov
Ronda J. Winnecour, cmecf@chapter13trusteewdpa.com

**Parties served by First Class United States Postage Service to:**

OD Energy Solutions, Inc.                          Mr. and Mrs. Damon Skiles
Attn.: Human Resources Department      1131 Vista Hill Road
500 Cherrington Parkway                         Canonsburg, Pa 15317
Suite 400, P.O. Box 869
Moon Township, PA 15108

EXECUTED ON: August 9, 2016          By: /s/David A. Colecchia, Esquire
                                       David A. Colecchia
                                       David A. Colecchia and Associates
                                       Law Care, 324 S. Maple Ave,
                                       Greensburg, PA 15601
                                       724-837-2320
                                       PA ID: 71830
                                       dcolecchia@my-lawyers.us