## UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    DAMON KRISTIAN SKILES
SUZANNE MARIE SKILES
        Debtor(s)
    Ronda J. Winnecour, Trustee
     Movant
        vs.
    DAMON KRISTIAN SKILES
SUZANNE MARIE SKILES

     Respondents

Bankruptcy No.11-20875-JAD

Chapter 13

Related To Doc. # 258

---

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this 9th day of August, 2016, it is ORDERED ADJUDGED, and DECREED that,

Od Energy Solutions
Attn: Payroll Manager
500 Cherrington
Ste 400
Moon Township,PA 15108

is hereby ordered to immediately terminate the attachment of the wages of DAMON KRISTIAN

SKILES, social security number XXX-XX-4705.  No future payments are to be sent to Ronda J.

Winnecour, Trustee on behalf of DAMON KRISTIAN SKILES.

BY THE COURT:

_____ mas

JEFFERY A. DELLER
CHIEF UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney
    Debtor(s) Employer

FILED
8/9/16 1:06 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 11-20875-JAD
Damon Kristian Skiles                                                      Chapter 13
Suzanne Marie Skiles
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: msch           Page 1 of 2              Date Rcvd: Aug 09, 2016
                           Form ID: pdf900       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2016.
db/jdb            +Damon Kristian Skiles,   Suzanne Marie Skiles,   1131 Vista Hill Road,
                   Canonsburg, Pa 15317-9641
                  +OD Energy Solutions,   Attn: Payroll Manager,   500 Cherrington,   Suite 400,
                   Moon Township, PA 15108-4749

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2016                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2016 at the address(es) listed below:
              Andrew F Gornall   on behalf of Creditor   The Bank of New York Mellon agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall   on behalf of Creditor   Wells Fargo Bank, National Association, as Trustee, et
               al... agornall@goldbecklaw.com, bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Ann E. Swartz   on behalf of Defendant   Fifth Third Bank ecfmail@mwc-law.com
              Ann E. Swartz   on behalf of Creditor   Fifth Third Bank ecfmail@mwc-law.com
              Beth L. Slaby   on behalf of Creditor   EMC Mortgage Corporation bslaby@clarkhill.com,
               aporter@clarkhill.com
              Beth L. Slaby   on behalf of Creditor   JPMorgan Chase Bank, N.A. bslaby@clarkhill.com,
               aporter@clarkhill.com
              Celine P. DerKrikorian   on behalf of Creditor   Fifth Third Bank ecfmail@mwc-law.com
              David A. Colecchia   on behalf of Plaintiff Suzanne Marie Skiles colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;ssidehamer@my-lawyers.us;jmonroe@my-lawyers.us;sweiss@my-lawyers.us;rjul
               iano@my-lawyers.us
              David A. Colecchia   on behalf of Plaintiff Damon Kristian Skiles colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;ssidehamer@my-lawyers.us;jmonroe@my-lawyers.us;sweiss@my-lawyers.us;rjul
               iano@my-lawyers.us
              David A. Colecchia   on behalf of Debtor Damon Kristian Skiles colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;ssidehamer@my-lawyers.us;jmonroe@my-lawyers.us;sweiss@my-lawyers.us;rjul
               iano@my-lawyers.us
              David A. Colecchia   on behalf of Joint Debtor Suzanne Marie Skiles colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;ssidehamer@my-lawyers.us;jmonroe@my-lawyers.us;sweiss@my-lawyers.us;rjul
               iano@my-lawyers.us
              David W. Raphael   on behalf of Creditor   JPMorgan Chase Bank, N.A. draphael@grenenbirsic.com,
               mcupec@grenenbirsic.com
              Edward J. Laubach, Jr.   on behalf of Creditor   Internal Revenue Service
               edward.j.laubach@irscounsel.treas.gov, pitirs.bk.email@irscounsel.treas.gov
              Jeffrey R. Hunt   on behalf of Creditor   Borough of Mt. Oliver jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jodi L. Hause   on behalf of Creditor   EMC Mortgage Corporation Jodihause@hotmail.com,
               Jodihause@hotmail.com
              Joseph P. Schalk   on behalf of Creditor   Federal National Mortgage Association pawb@fedphe.com,
               joseph.schalk@phelanhallinan.com
              Justin P. Schantz   on behalf of Debtor Damon Kristian Skiles jschantz@my-lawyers.us,
               colecchia542@comcast.net/office@my-lawyers.us;ssidehamer@my-lawyers.us;jmonroe@my-lawyers.us;swei
               ss@my-lawyers.us;rjuliano@my-lawyers.us

```
District/off: 0315-2          User: msch              Page 2 of 2              Date Rcvd: Aug 09, 2016
                              Form ID: pdf900         Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          Justin P. Schantz    on behalf of Joint Debtor Suzanne Marie Skiles jschantz@my-lawyers.us,
           colecchia542@comcast.net;office@my-lawyers.us;ssidehamer@my-lawyers.us;jmonroe@my-lawyers.us;swei
           ss@my-lawyers.us;rjuliano@my-lawyers.us
          Kevin T. McQuail    on behalf of Creditor    FIFTH THIRD BANK ecfmail@mwc-law.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Robert P. Wendt    on behalf of Creditor    Fannie Mae pawb@fedphe.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Scott A. Dietterick    on behalf of Creditor    Wells Fargo Bank, N.A., on behalf of registered
           Holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series
           2007-AC6 sad@jsdc.com,
           kab@jsdc.com;cls@jsdc.com;bankruptcynotice@zuckergoldberg.com;klm@jsdc.com
          Scott A. Dietterick    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC sad@jsdc.com,
           kab@jsdc.com;cls@jsdc.com;bankruptcynotice@zuckergoldberg.com;klm@jsdc.com
                                                                                    TOTAL: 26
```