**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | DAMON KRISTIAN SKILES |
| Debtor 2 (Spouse, if filing) | SUZANNE MARIE SKILES |
| Unites States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case Number: | 11-20875JAD |

# Form 4100N
## Notice of Final Cure Payment

10/15

File a separate notice for each creditor.

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

### Part 1: Mortgage Information

**Name of creditor:** FEDERAL NATIONAL MORTGAGE ASSN

**Court claim no.** (if known): 17

**Last 4 digits** of any number you use to identify the debtor's account: 8 6 8 0

**Property Address:** 1131 VISTA HILL RD
CANONSBURG PA 15317

### Part 2: Cure Amount

**Total cure disbursements made by the trustee:**  Amount

| | | |
|---|---|---|
| a. Allowed prepetition arrearage: | (a) $ | 29,361.53 |
| b. Prepetition arrearage paid by the trustee: | (b) $ | 29,361.53 |
| c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 0.00 |
| d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 0.00 |
| e. Allowed postpetition arrearage: | (e) $ | 0.00 |
| f. Postpetition arrearage paid by the trustee: | + (f) $ | 0.00 |
| g. **Total.** Add lines b, d, and f. | (g) $ | 29,361.53 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

    Current monthly mortgage payment    $ $1,770.92

    The next postpetition payment is due on 6 / 1 / 2016 (MM / DD / YYYY)

☐ Mortgage is paid directly by the debtor(s).

| | | | |
|---|---|---|---|
| Debtor 1 | **DAMON KRISTIAN SKILES** | Case number *(if known)* | **11-20875JAD** |
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

x /s/ Ronda J. Winnecour       Date 09/15/2016
Signature

Trustee    Ronda J. Winnecour

Address    CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219

Contact phone (412) 471-5566      Email cmecf@chapter13trusteewdpa.com

| Debtor 1 | **DAMON KRISTIAN SKILES** | Case number *(if known)* | **11-20875JAD** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---:|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 10/25/2013 | 0865960 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 404.92 |
| 12/23/2013 | 0874066 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 510.70 |
| 01/28/2014 | 0878113 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 724.50 |
| 03/25/2014 | 0886284 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 510.70 |
| 04/25/2014 | 0890362 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 2,601.10 |
| 07/24/2014 | 0902672 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,235.19 |
| 08/26/2014 | 0906729 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 80.20 |
| 09/29/2014 | 0910846 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 724.50 |
| 11/24/2014 | 0919029 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 510.52 |
| 12/22/2014 | 0923654 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 724.50 |
| 01/27/2015 | 0927641 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,662.80 |
| 03/26/2015 | 0935822 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 908.80 |
| 04/24/2015 | 0939948 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,122.60 |
| 05/26/2015 | 0944128 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 2,193.60 |
| 06/23/2015 | 0948130 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 67.16 |
| 07/28/2015 | 0952140 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 3,303.50 |
| 08/26/2015 | 0956219 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 741.52 |
| 10/26/2015 | 0964075 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 567.14 |
| 11/24/2015 | 0968235 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 40.50 |
| 12/22/2015 | 0972291 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,105.95 |
| 01/26/2016 | 0976293 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 2,171.75 |
| 02/24/2016 | 0980267 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 56.83 |
| 03/28/2016 | 0984293 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 5,839.18 |
| 05/24/2016 | 0992482 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,553.37 |
| | | | | 29,361.53 |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 05/29/2012 | 0795489 | IBM LENDER BUSINESS PROCESS SVCS I | AMOUNTS DISBURSED TO CREDITOR | 22,840.00 |
| 06/27/2012 | 0799901 | IBM LENDER BUSINESS PROCESS SVCS I | AMOUNTS DISBURSED TO CREDITOR | 2,168.22 |
| 07/27/2012 | 0804157 | IBM LENDER BUSINESS PROCESS SVCS I | AMOUNTS DISBURSED TO CREDITOR | 1,441.07 |
| 08/30/2012 | 0808484 | IBM LENDER BUSINESS PROCESS SVCS I | AMOUNTS DISBURSED TO CREDITOR | 1,984.35 |
| 09/25/2012 | 0812594 | IBM LENDER BUSINESS PROCESS SVCS I | AMOUNTS DISBURSED TO CREDITOR | 1,393.22 |
| 10/29/2012 | 0816604 | IBM LENDER BUSINESS PROCESS SVCS I | AMOUNTS DISBURSED TO CREDITOR | 3,148.87 |
| 11/27/2012 | 0820699 | IBM LENDER BUSINESS PROCESS SVCS I | AMOUNTS DISBURSED TO CREDITOR | 1,965.82 |
| 12/21/2012 | 0824757 | IBM LENDER BUSINESS PROCESS SVCS I | AMOUNTS DISBURSED TO CREDITOR | 1,716.65 |
| 01/29/2013 | 0828966 | IBM LENDER BUSINESS PROCESS SVCS I | AMOUNTS DISBURSED TO CREDITOR | 3,114.81 |
| 02/25/2013 | 0833169 | IBM LENDER BUSINESS PROCESS SVCS I | AMOUNTS DISBURSED TO CREDITOR | 2,398.33 |
| 03/26/2013 | 0837288 | IBM LENDER BUSINESS PROCESS SVCS I | AMOUNTS DISBURSED TO CREDITOR | 2,234.59 |
| 04/24/2013 | 0841076 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,791.44 |
| 05/23/2013 | 0845231 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 2,075.27 |
| 06/25/2013 | 0849337 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 2,482.18 |
| 07/25/2013 | 0853533 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,789.12 |
| 08/27/2013 | 0857713 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,436.88 |
| 09/26/2013 | 0861865 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 2,593.73 |
| 10/25/2013 | 0865960 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,865.81 |
| 11/22/2013 | 0870046 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,722.42 |
| 12/23/2013 | 0874066 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,819.42 |
| 01/28/2014 | 0878113 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,770.92 |
| 02/25/2014 | 0882227 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,727.48 |
| 03/25/2014 | 0886284 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,814.36 |
| 04/25/2014 | 0890362 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,770.92 |
| 05/28/2014 | 0894501 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,731.58 |
| 06/25/2014 | 0898547 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,732.60 |
| 07/24/2014 | 0902672 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,848.58 |
| 08/26/2014 | 0906729 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,770.92 |
| 09/29/2014 | 0910846 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,770.92 |
| 10/29/2014 | 0914930 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,709.76 |
| 11/24/2014 | 0919029 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,832.08 |
| 12/22/2014 | 0923654 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,770.92 |
| 01/27/2015 | 0927641 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,770.92 |
| 02/24/2015 | 0931781 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,709.82 |
| 03/26/2015 | 0935822 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,832.02 |
| 04/24/2015 | 0939948 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,770.92 |

| Debtor 1 | **DAMON KRISTIAN SKILES** | Case number *(if known)* | **11-20875JAD** |
|---|---|---|---|
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORGAGE REGULAR PAYMENT (Part 3) Continued...** | | | | |
| 05/26/2015 | 0944128 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,770.92 |
| 06/23/2015 | 0948130 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,770.92 |
| 07/28/2015 | 0952140 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,770.92 |
| 09/28/2015 | 0960175 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 2,708.97 |
| 10/26/2015 | 0964075 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 2,468.71 |
| 11/24/2015 | 0968235 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,770.92 |
| 12/22/2015 | 0972291 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,770.92 |
| 01/26/2016 | 0976293 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,770.92 |
| 02/24/2016 | 0980267 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,770.92 |
| 03/28/2016 | 0984293 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,770.92 |
| 05/24/2016 | 0992482 | FEDERAL NATIONAL MORTGAGE ASSN | AMOUNTS DISBURSED TO CREDITOR | 1,770.92 |
| | | | | 111,432.88 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

DAMON KRISTIAN SKILES
SUZANNE MARIE SKILES
1131 VISTA HILL ROAD
CANONSBURG, PA  15317

DAVID A COLECCHIA ESQ
LAW CARE
324 S MAPLE AVE
GREENSBURG, PA  15601

FEDERAL NATIONAL MORTGAGE ASSN
C/O SETERUS INC*
PO BOX 1047
HARTFORD, CT  06143-1047

FEDERAL NATIONAL MORTGAGE ASSOC
14523 SW MILLIKAN WAY
STE 200
BEAVERTON, OR  97005

JOSEPH P SCHALK ESQ
PHELAN HALLINAN ET AL
OMNI WILLIAM PENN OFFICE TOWER
555 GRANT ST STE 300
PITTSBURGH, PA  15219

| | |
|---|---|
| 9/15/16 | /s/ Renee Ward |
| | Administrative Assistant |
| | Office of the Chapter 13 Trustee |