**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DAMON KRISTIAN SKILES<br>SUZANNE MARIE SKILES<br>    Debtor(s)<br><br>Ronda J. Winnecour<br> Chapter 13 Trustee,<br>    Movant<br>  vs.<br>No Repondents. | Case No.:11-20875 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 27, 2016

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/18/2011 and confirmed on 4/25/12 . The case was subsequently     Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 179,543.86 |
| Less Refunds to Debtor | 2,627.73 | |
| TOTAL AMOUNT OF PLAN FUND | | 176,916.13 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 9,047.23 | |
|    Trustee Fee | 5,922.85 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 14,970.08 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   EMC MORTGAGE CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8521 | | | | |
|   WELLS FARGO BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXX3/11 | | | | |
|   FIFTH THIRD BANK(*) | 0.00 | 19,098.45 | 0.00 | 19,098.45 |
|     Acct: XXX0804 | | | | |
|   FEDERAL NATIONAL MORTGAGE ASSN | 0.00 | 111,432.88 | 0.00 | 111,432.88 |
|     Acct: 8680 | | | | |
|   REAL TIME RESOLUTIONS INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4996 | | | | |
|   WELLS FARGO BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXX2/11 | | | | |
|   FEDERAL NATIONAL MORTGAGE ASSN | 29,361.53 | 29,361.53 | 0.00 | 29,361.53 |
|     Acct: 8680 | | | | |
|   MT OLIVER BORO (SWG) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXX0,11 | | | | |
|   MT OLIVER BORO (SWG) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXNON% | | | | |
|   WEST-AIRCOMM FCU | 943.12 | 943.12 | 39.33 | 982.45 |
|     Acct: 2328 | | | | |
| | | | | 160,875.31 |
| **Priority** | | | | |
|   DAVID A COLECCHIA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAMON KRISTIAN SKILES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAMON KRISTIAN SKILES | 1,111.00 | 1,111.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAMON KRISTIAN SKILES | 1,516.73 | 1,516.73 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW CARE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DAVID A COLECCHIA ESQ | 894.00 | 894.00 | 0.00 | 0.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| Acct: | | | | |
| DAVID A COLECCHIA ESQ | 8,153.23 | 8,153.23 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX1-16 | | | | |
| INTERNAL REVENUE SERVICE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4705 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY(*) | 316.04 | 2.23 | 0.00 | 2.23 |
| Acct: 7012 | | | | |
| ECMC(*) | 26,463.60 | 186.90 | 0.00 | 186.90 |
| Acct: XXX8002 | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8003 | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8010 | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8007 | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8001 | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8005 | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8008 | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8006 | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8004 | | | | |
| PHEAA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8009 | | | | |
| CCS INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0755 | | | | |
| MIDLAND CREDIT MANAGEMENT INC | 3,312.27 | 23.39 | 0.00 | 23.39 |
| Acct: XXXXXXX0838 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 588.45 | 4.16 | 0.00 | 4.16 |
| Acct: 9632 | | | | |
| JPMORGAN CHASE BANK NA | 645.31 | 4.56 | 0.00 | 4.56 |
| Acct: 1002 | | | | |
| CHELA EDUCATION FINANCING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0301 | | | | |
| CHELA EDUCATION FINANCING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0203 | | | | |
| CHELA EDUCATION FINANCING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0923 | | | | |
| CHELA EDUCATION FINANCING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0827 | | | | |
| CHELA EDUCATION FINANCING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0301 | | | | |
| SALLIE MAE INC O/B/O TX GUARANTEED | 2,646.25 | 18.69 | 0.00 | 18.69 |
| Acct: 2328 | | | | |
| CHELA EDUCATION FINANCING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1206 | | | | |
| CHELA EDUCATION FINANCING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0426 | | | | |
| CHELA EDUCATION FINANCING++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0825 | | | | |
| SALLIE MAE INC O/B/O USAF** | 31,958.52 | 225.71 | 0.00 | 225.71 |
| Acct: 2328 | | | | |
| SALLIE MAE INC O/B/O USAF** | 62,469.54 | 441.18 | 0.00 | 441.18 |
| Acct: 2328 | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| CITIBANK**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2822 | | | | |
| CITIBANK**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2831 | | | | |
| CITIBANK**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2830 | | | | |
| CITIBANK**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2829 | | | | |
| CITIBANK**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2825 | | | | |
| CITIBANK**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2827 | | | | |
| CITIBANK**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2824 | | | | |
| CITIBANK**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2826 | | | | |
| CITIBANK**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2833 | | | | |
| CITIBANK**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2832 | | | | |
| CITIBANK**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2828 | | | | |
| CITIBANK**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2823 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6647 | | | | |
| EMC MORTGAGE CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX4996 | | | | |
| FIFTH THIRD BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX6472 | | | | |
| FIRST HORIZON/FKA FT MRTG CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9867 | | | | |
| FIRST HORIZON/FKA FT MRTG CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX9735 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 822.17 | 5.80 | 0.00 | 5.80 |
| Acct: 8548 | | | | |
| ECAST SETTLEMENT CORP** | 340.11 | 2.40 | 0.00 | 2.40 |
| Acct: 0387 | | | | |
| IC SYSTEM INC | 741.00 | 5.23 | 0.00 | 5.23 |
| Acct: XX68-1 | | | | |
| IC SYSTEM INC | 205.00 | 1.45 | 0.00 | 1.45 |
| Acct: XX37-1 | | | | |
| LANE BRYANT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2955 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 708.39 | 5.00 | 0.00 | 5.00 |
| Acct: 1352 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 8,436.33 | 59.58 | 0.00 | 59.58 |
| Acct: 0755 | | | | |
| PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX7963 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 286.37 | 2.02 | 0.00 | 2.02 |
| Acct: 4035 | | | | |
| TARGET NATIONAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX2210 | | | | |
| UNITED COLLECTION BUREAU INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX8078 | | | | |
| UNITED COLLECTION BUREAU INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX5094 | | | | |
| VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0001 | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| WELLS FARGO FINANCIAL** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX1212 | | | | |
| WEST-AIRCOMM FCU | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXX3002 | | | | |
| EQUITABLE GAS CO (*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 55.42 | 0.39 | 0.00 | 0.39 |
| Acct: 7476 | | | | |
| ASCENSION ACQUISITIONS I | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY HUNT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MIDLAND FUNDING LLC BY AMERICAN IN | 832.95 | 5.88 | 0.00 | 5.88 |
| Acct: 9591 | | | | |
| FIRST TENNESSEE BANK | 10,784.30 | 76.17 | 0.00 | 76.17 |
| Acct: XXXXXXX1338 | | | | |
| REAL TIME RESOLUTIONS INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4996 | | | | |
| SCOTT A DIETTERICK ESQ**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 1,070.74 |

TOTAL PAID TO CREDITORS                                                                       161,946.05

TOTAL
 CLAIMED            0.00
 PRIORITY      30,304.65
 SECURED     151,612.02


Date: 09/27/2016                                          /s/ Ronda J. Winnecour

                                                          RONDA J WINNECOUR PA ID #30399
                                                          CHAPTER 13 TRUSTEE WD PA
                                                          600 GRANT STREET
                                                          SUITE 3250 US STEEL TWR
                                                          PITTSBURGH, PA  15219
                                                          (412) 471-5566
                                                          cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    DAMON KRISTIAN SKILES
    SUZANNE MARIE SKILES
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:11-20875 JAD

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

                            BY THE COURT:

                            _____
                            U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                        Case No. 11-20875-JAD
Damon Kristian Skiles                                                         Chapter 13
Suzanne Marie Skiles
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: msch                  Page 1 of 4              Date Rcvd: Sep 28, 2016
                               Form ID: pdf900             Total Noticed: 76

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2016.
```
db/jdb        +Damon Kristian Skiles,    Suzanne Marie Skiles,    1131 Vista Hill Road,
                Canonsburg, Pa 15317-9641
cr             #ECMC,    P.O. Box 3068,    Rancho Cordova, CA  95741-3068
cr            +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                Pittsburgh, PA 15212-5860
cr            +Fifth Third Bank,    c/o Deily, Mooney & Glastetter, LLP,    8 Thurlow Terrace,
                Albany, NY 12203-1006
cr             JPMorgan Chase Bank, N.A.,    Mail Code LA4-5555  700 Kansas Lane,    Monroe, LA  71203
cr            #+SELECT PORTFOLIO SERVICING, INC,    3815 South West Temple,    Salt Lake City, UT 84115-4412
13004151      +AES/PHEAA,    PO Box 8147,    Harrisburg PA 17105-8147
12975733       American Education Services,    PO Box 2461,    Harrisburg, PA  17105-2461
13087441      +Borough of Mt. Oliver,    c/o Goehring Rutter & Boehm,    437 Grant Street 14th Floor,
                Pittsburgh PA 15219-6101
13528911      +Capital One, N.A.,    PO Box 12907,    Norfolk VA 23541-0907
12975735      +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
13020731       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
13004356      +Chase Home Finance LLC,    MAIL CODE: OH4-7119,    3415 Vision Drive,    Columbus, OH 43219-6009
12975736      +Chase Manhattan,    Attn: Bankruptcy Research Dept,    3415 Vision Dr,    Columbus, OH 43219-6009
12975737      +Chela,    Attn: Bankruptcy,    P.O.Box 9500,    Wilkes-Barre, PA 18773-9500
13021449       Citibank N.A. as trustee for the benefit of,    United Student Aid Funds,    Sallie Mae,
                Attn Bankruptcy Litigation Unit  e3149,    Po Box 9430,    Wilkes-Barre, PA 18773-9430
12975739      +Citibank Student Loan,    Attn: Bankruptcy,    P.O. Box 6191,    Sioux Falls, SD 57117-6191
12999619      +Department Stores National Bank/Macys,    Bankruptcy Processing,    PO Box 8053,
                Mason, OH 45040-8053
13106088       Duquesne Light Company,    c/o Bernstein Law Firm, P.C.,    Suite 2200, Gulf Tower,
                Pittsburgh, PA  15219
13091056      #ECMC Servicing,    P.O. Box 3068,    Rancho Cordova, CA 95741-3068
13001974       EMC Mortgage Corporation,    c/o Jodi L. Hause, Esquire,    Grenen & Birsic, PC,
                One Gateway Center, Ninth Floor,    Pittsburgh, PA 15222
13001973      +EMC Mortgage Corporation,    P. O. Box 293150,    Lewisville, TX 75029-3150
12975742      +Emc Mortgage,    Attention: Bankruptcy Clerk,    P.O. Box 293150,    Lewisville, TX 75029-3150
12975747     ++FIRST HORIZON HOME LOANS,    6363 N STATE HWY 161,    SUITE 300,    IRVING TX 75038-2231
              (address filed with court: First Horizon Home Loans,    F/K/A First Horizon Home Loan Corp.,
                4000 Horizon Way,    Irving, TX 75063)
13603587      +Federal National Mortgage Association,    C/O Seterus, INC.,    14523 SW Millikan Way,
                Beaverton, OR 97005-2344
12975745       Fifth Third Bank,    P.O. Box 740789,    Cincinnati, OH 45274-0789
12988648       Fifth Third Bank,    PO Box 829009,    Dallas, TX 75382-9009
12975746      +First Horizon Home Loans,    First Tennessee Bank Attn: Bankruptucy,    P.O. Box 1469,
                Knoxville, TN 37901-1469
13116683      +First Tennessee Bank National Association,    PO Box 201347,    Arlington, TX 76006-1347
12975748      +HSBC Bank,    Attn: Bankruptcy,    P.O. Box 5253,    Carol Stream, IL 60197-5253
13022820      +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
                Norfolk VA 23541-0907
12975749      +HSBC Best Buy,    Attn: Bankruptcy,    P.O.Box 5263,    Carol Stream, IL 60197-5263
13093730       I.C. System, Inc. o/b/o Pediatric Dentistry South,    c/o A. Thomas Pokela,    PO Box 2621,
                Sioux Falls, SD 57101-2621
13093729       I.C. System, Inc. o/b/o Persoma PC,    c/o A. Thomas Pokela,    PO Box 2621,
                Sioux Falls, SD 57101-2621
13071232      +IBM Lender Business Process Services,    14523 Millikan Way, Suite 200,
                Beaverton, OR 97005-2352
13136444       JPMorgan Chase Bank, N.A.,    c/o Beth L. Slaby, Esquire,    Grenen & Birsic, PC,
                One Gateway Center, 9th Floor,    Pittsburgh, PA  15222
13136443      +JPMorgan Chase Bank, N.A.,    3415 Vision Drive, OH4-7302,    Columbus, OH 43219-6009
12975752      +Lane Bryant,    P.O. Box 182686,    Columbus, OH 43218-2686
12975753      +Macys/FDSD,    Attn: Bankruptcy,    P.O. Box 8053,    Mason, OH 45040-8053
12981293      +Midland Credit Management, Inc.,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
12975754      +National City Card Services,    1 National City Pkwy,    Kalamazoo, MI 49009-8003
13007046      +PNC BANK,    PO BOX 94982,    CLEVELAND,OH 44101-4982
12975755      +Penn Credit Corporation,    916 S 14th Street,    Harrisburg, PA 17104-3425
12975757      +Phalen, Hallinan & Schmieg, LLP,    Omni William Penn Office Tower,
                555 Grant Street, Suite 300,    Pittsburgh, PA 15219-4408
12975759       Target,    P.O. Box 660170,    Dallas, TX 75266-0170
12975760      +Un Coll Tol,    5620 Southwyck Blvd Ste,    Toledo, OH 43614-1501
13074488       Verizon,    PO Box 4846,    Trenton, NJ  08650-4846
12975761       Verizon Wireless,    PO Box 25505,    Lehigh Valley, PA 18002-5505
12975762      +W F Financial,    800 Walnut St,    Des Moines, IA 50309-3891
13775990      +Wells Fargo Bank, N.A., on behalf of re,    Serviced by Select Portfolio Servicing,,
                3815 South West Temple,    Salt Lake City, UT 84115-4412
12975763      +West Air Comm,    989 Breaver Grade Road,    Coraopolis, PA 15108-2745
13850937       eCast Settlement Corporation,    PO Box 28136,    New York, NY 10087-8136
```

```
District/off: 0315-2           User: msch                  Page 2 of 4                   Date Rcvd: Sep 28, 2016
                               Form ID: pdf900             Total Noticed: 76


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/Text: bnc@bass-associates.com Sep 29 2016 01:53:55       Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,    Tucson, AZ 85712-1083
cr              +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 29 2016 01:49:11
                 First Tennessee Bank National Association,    c/o Ascension Capital Group,    P.O. Box 201347,
                 arlington, tx 76006-1347
cr              +E-mail/Text: cio.bncmail@irs.gov Sep 29 2016 01:54:17       Internal Revenue Service,
                 Office of Chief Counsel,    1000 Liberty Avenue,    Room 806,    Pittsburgh, PA 15222-4027
cr               E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 29 2016 02:07:09
                 Midland Funding LLC by American InfoSource LP as a,     Attn: Department 1,    PO Box 4457,
                 Houston, TX 77210-4457
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 29 2016 02:01:00
                 PRA Receivables Management, LLC,    PO Box 12907,    Norfolk, VA 23541-0907
cr              +E-mail/Text: bnc@bass-associates.com Sep 29 2016 01:53:56       eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft Lowell, Suite 200,    TUCSON, AZ 85712-1083
12975734         E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 29 2016 01:56:01       CCS,
                 Payment Processing Center-27,    P.O. Box 55126,    Boston, MA 02205-5126
13016036        +E-mail/Text: bk.notifications@jpmchase.com Sep 29 2016 01:54:28       CHASE AUTO FINANCE,
                 AZ1-1191,    201 N CENTRAL AVE,    PHOENIX AZ 85004-1071
13476425        +E-mail/Text: bnc@bass-associates.com Sep 29 2016 01:53:56       Capital One, N.A.,
                 c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
12975741        +E-mail/Text: mrdiscen@discover.com Sep 29 2016 01:54:01       Discover Financial,
                 Attention: Bankruptcy Department,    P.O.Box 6103,    Carol Stream, IL 60197-6103
12975744        +E-mail/Text: collectionbankruptcies.bancorp@53.com Sep 29 2016 01:55:50       Fifth Third Bank,
                 C/O Bankruptcy Dept, Mdropso5,    1850 East Paris,    Grand Rapids, MI 49546-6210
13115689        +E-mail/Text: bnc@bass-associates.com Sep 29 2016 01:53:56       HSBC Bank Nevada, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
12975750        +E-mail/Text: bankruptcy@icsystem.com Sep 29 2016 01:55:47       I C System Inc,    P.O. Box 64378,
                 Saint Paul, MN 55164-0378
13336825         E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 29 2016 01:55:31       JEFFERSON CAPITAL SYSTEMS LLC,
                 PO BOX 7999,    ST CLOUD MN 56302
13619845         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 29 2016 02:52:28       Midland Funding LLC,
                 by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                 Houston, TX 77210-4457
13518873        +E-mail/Text: bknotice@ncmllc.com Sep 29 2016 01:55:24       National Capital Management, LLC.,
                 8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
12975758         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 29 2016 01:50:09
                 Portfolio Recovery,    Attn: Bankruptcy,    P.O. Box 41067,    Norfolk, VA 23541
13076623         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 29 2016 01:51:00
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk VA 23541
13075490         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 29 2016 01:49:15
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13619781        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 29 2016 01:50:09
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
13255256         E-mail/Text: bkdepartment@rtresolutions.com Sep 29 2016 01:55:28
                 Real Time Resolutions, Inc.,    1750 Regal Row, Suite 120,    P.O. Box 36655,    Dallas, Tx 75235
13024673         E-mail/Text: bkyelectnotices@tgslc.org Sep 29 2016 01:55:43
                 Sallie Mae Inc. on behalf of TGSLC,    P.O. Box 83100,    Round Rock, TX 78683-3100
13024646         E-mail/PDF: pa_dc_litigation@navient.com Sep 29 2016 01:51:07
                 Sallie Mae Inc. on behalf of USA FUNDS,     Attn: Bankruptcy Litigation Unit E3149,
                 P.O. Box 9430,    Wilkes-Barre, PA 18773-9430
12975764        +E-mail/Text: adjustor@westaircomm.com Sep 29 2016 01:54:02
                 West Aircomm Federal Credit Union,    P.O. Box 568,    Beaver, PA 15009-0568
                                                                                              TOTAL: 24

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Borough of Mt. Oliver
cr              Duquesne Light Company
cr              FIFTH THIRD BANK
cr              Fannie Mae
cr              Federal National Mortgage Association
cr              The Bank of New York Mellon
cr              Wells Fargo Bank, N.A., on behalf of registered Ho
cr              Wells Fargo Bank, National Association, as Trustee
cr*            +EMC Mortgage Corporation,    PO Box 293150,    Lewisville, TX 75029-3150
cr*            +HSBC Bank Nevada, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,
                 Tucson, AZ 85712-1083
cr*            ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                 (address filed with court: JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,
                 ST CLOUD, MN  56302-9617)
cr*            +National Capital Management, LLC,    8245 Tournament Drive,    Suite 230,
                 MEMPHIS, TN 38125-1741
cr*            +PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr*            +Real Time Resolutions,    1750 Regal Row, Suite 120,    P.O. Box 36655,    Dallas, TX 75235-1655
12975738*      +Chela,   Attn: Bankruptcy,    P.O. Box 9500,    Wilkes-Barre, PA 18773-9500
12975740*      +Citibank Student Loan,    Attn: Bankruptcy,    P.O.Box 6191,    Sioux Falls, SD 57117-6191
12975743*      +Emc Mortgage,    Attention: Bankruptcy Clerk,    P.O.Box 293150,    Lewisville, TX 75029-3150
```

```
District/off: 0315-2              User: msch                  Page 3 of 4                   Date Rcvd: Sep 28, 2016
                                  Form ID: pdf900             Total Noticed: 76


             ***** BYPASSED RECIPIENTS (continued) *****
12975751*         IRS,   Ogden, UT 84201-6039
13570880*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                  (address filed with court:   Portfolio Recovery Associates, LLC,     POB 41067,
                  Norfolk, VA 23541)
12975756*        +Penn Credit Corporation,    916 S 14th St,   Harrisburg, PA 17104-3425
12981654        ##+Rjm Acquisitions Llc,    575 Underhill Blvd,   Suite 224,    Syosset, NY 11791-3416
                                                                                 TOTALS: 8, * 12, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee, et
               al... agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Ann E. Swartz    on behalf of Creditor    FIFTH THIRD BANK ecfmail@mwc-law.com
              Ann E. Swartz    on behalf of Defendant    Fifth Third Bank ecfmail@mwc-law.com
              Beth L. Slaby    on behalf of Creditor    EMC Mortgage Corporation bslaby@clarkhill.com,
               aporter@clarkhill.com
              Beth L. Slaby    on behalf of Creditor    JPMorgan Chase Bank, N.A. bslaby@clarkhill.com,
               aporter@clarkhill.com
              Celine P. DerKrikorian    on behalf of Creditor    Fifth Third Bank ecfmail@mwc-law.com
              David A. Colecchia    on behalf of Joint Debtor Suzanne Marie Skiles colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;ssidehamer@my-lawyers.us;jmonroe@my-lawyers.us;sweiss@my-lawyers.us;rjul
               iano@my-lawyers.us
              David A. Colecchia    on behalf of Plaintiff Suzanne Marie Skiles colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;ssidehamer@my-lawyers.us;jmonroe@my-lawyers.us;sweiss@my-lawyers.us;rjul
               iano@my-lawyers.us
              David A. Colecchia    on behalf of Plaintiff Damon Kristian Skiles colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;ssidehamer@my-lawyers.us;jmonroe@my-lawyers.us;sweiss@my-lawyers.us;rjul
               iano@my-lawyers.us
              David A. Colecchia    on behalf of Debtor Damon Kristian Skiles colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;ssidehamer@my-lawyers.us;jmonroe@my-lawyers.us;sweiss@my-lawyers.us;rjul
               iano@my-lawyers.us
              David W. Raphael    on behalf of Creditor    JPMorgan Chase Bank, N.A. draphael@grenenbirsic.com,
               mcupec@grenenbirsic.com
              Edward J. Laubach, Jr.    on behalf of Creditor    Internal Revenue Service
               edward.j.laubach@irscounsel.treas.gov,    pitirs.bk.email@irscounsel.treas.gov
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Mt. Oliver jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jerome B. Blank    on behalf of Creditor    Federal National Mortgage Association pawb@fedphe.com
              Jodi L. Hause    on behalf of Creditor    EMC Mortgage Corporation Jodihause@hotmail.com,
               Jodihause@hotmail.com
              Joseph P. Schalk    on behalf of Creditor    Federal National Mortgage Association pawb@fedphe.com,
               joseph.schalk@phelanhallinan.com

```
District/off: 0315-2           User: msch                  Page 4 of 4                   Date Rcvd: Sep 28, 2016
                               Form ID: pdf900             Total Noticed: 76


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Justin P. Schantz    on behalf of Debtor Damon Kristian Skiles jschantz@my-lawyers.us,
               colecchia542@comcast.net;office@my-lawyers.us;ssidehamer@my-lawyers.us;jmonroe@my-lawyers.us;swei
               ss@my-lawyers.us;rjuliano@my-lawyers.us
              Justin P. Schantz    on behalf of Joint Debtor Suzanne Marie Skiles jschantz@my-lawyers.us,
               colecchia542@comcast.net;office@my-lawyers.us;ssidehamer@my-lawyers.us;jmonroe@my-lawyers.us;swei
               ss@my-lawyers.us;rjuliano@my-lawyers.us
              Kevin T. McQuail    on behalf of Creditor    FIFTH THIRD BANK ecfmail@mwc-law.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Robert P. Wendt    on behalf of Creditor    Fannie Mae pawb@fedphe.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
              Scott A. Dietterick    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC sad@jsdc.com,
               kab@jsdc.com;cls@jsdc.com;bankruptcynotice@zuckergoldberg.com;klm@jsdc.com
              Scott A. Dietterick    on behalf of Creditor    Wells Fargo Bank, N.A., on behalf of registered
               Holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series
               2007-AC6 sad@jsdc.com,
               kab@jsdc.com;cls@jsdc.com;bankruptcynotice@zuckergoldberg.com;klm@jsdc.com
                                                                                             TOTAL: 27
```