# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | DAMON KRISTIAN & SUZANNE MARIE SKILES |
| **Case Number:** | 11-20875-JAD          **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, OCTOBER 05, 2016 10:00 AM   COURTROOM D |
| **Bankruptcy Judge:** | JEFFERY A. DELLER |
| **Courtroom Clerk:** | MARY SCHUETZ |
| **Reporter / ECR:** | N/A |

## *Matter:*

Debtors' Answer To The Notice Of Mortgage Payment Change  Re: Claim No. 17 [issued 6/10/2016 by Federal National
Motgage Association c/o  Seterus, Inc.
- No Response Filed  [Due 9/23/2016]
**R / M #:**  250 / 0

*CNO FILED By DEBTORS 9-29-16 AT Doc. #269*

## *Appearances:*

CHAPTER 13 TRUSTEE:  WINNECOUR / BEDFORD / KATZ / PAIL
DEBTORS:  DAVID A. COLECCHIA, ESQUIRE    */Schutz*
CREDITOR:    *Parflt - Selan.*

## *Proceedings:*

___ Motion is GRANTED  /  DENIED
_____ Special Type Of Order:
☑ CONTINUE MATTER:
    _____ For At Least __30__ Days (Court To Issue Scheduling Order)
    _____ To Hearing Date Of _____ at _____ AM/PM at
    _____
    _____ To Conciliation Conference For _____ at
    _____ AM/PM at _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
    _____ Evidentiary Hearing On Value And Cram-Down Interest
    _____ Complex / Pretrial Order -  NONJURY  /  JURY
    _____ Simple / Pretrial Order - NONJURY  /  JURY
    _____ Parties To Undertake Discovery - Discovery Period:  _____ days
_____ SETTLEMENT STIPULATION IS DUE _____
_____ OTHER:

**- Continue Matter At Least 30 Days**

FILED
10/5/16 1:32 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge