IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **DAMON KRISTIAN SKILES and SUZANNE MARIE SKILES,** | : | Bankruptcy No. 11-20875-JAD |
| Debtors. | : | Chapter 13 |
| **DAMON KRISTIAN SKILES and SUZANNE MARIE SKILES,** | : | |
| Movants, | : | |
| v. | : | Related to Doc. # 250 |
| **FEDERAL NATIONAL MORTGAGE ASSOCIATION, c/o SETERUS, INC.,** | : | |
| Respondent. | : | |

# ORDER CONTINUING HEARING

AND NOW, this **5th** day of **October**, **2016**, a hearing having been held on **October 5, 2016**, on the **Answer (Objection) To The Notice Of Mortgage Payment Change Re: Claim No. 17 [issued 6/10/2016 by Federal National Mortgage Association c/o Seterus, Inc.]** filed by **Debtors** at **Doc. # 250**;

**IT IS HEREBY ORDERED** that the hearing on the above-referenced matter **IS CONTINUED TO Wednesday, November 30, 2016**, at **10:00 AM** in Courtroom D, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.

_____  mas
JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

**CASE ADMINISTRATOR SHALL SERVE:**
Damon K. and Suzanne M. Skiles
Justin P. Schantz, Esquire
James A. Prostko, Esquire
Ronda J. Winnecour, Esquire

FILED
10/5/16 1:34 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

00019440

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 11-20875-JAD
Damon Kristian Skiles                                                 Chapter 13
Suzanne Marie Skiles
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: gamr              Page 1 of 2           Date Rcvd: Oct 05, 2016
                              Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2016.
db/jdb         +Damon Kristian Skiles,   Suzanne Marie Skiles,  1131 Vista Hill Road,
                Canonsburg, Pa 15317-9641

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2016 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    The Bank of New York Mellon agornall@goldbecklaw.com,
               bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee, et
               al... agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Ann E. Swartz     on behalf of Defendant    Fifth Third Bank ecfmail@mwc-law.com
              Ann E. Swartz     on behalf of Creditor    FIFTH THIRD BANK ecfmail@mwc-law.com
              Beth L. Slaby    on behalf of Creditor    EMC Mortgage Corporation bslaby@clarkhill.com,
               aporter@clarkhill.com
              Beth L. Slaby    on behalf of Creditor    JPMorgan Chase Bank, N.A. bslaby@clarkhill.com,
               aporter@clarkhill.com
              Celine P. DerKrikorian    on behalf of Creditor    Fifth Third Bank ecfmail@mwc-law.com
              David A. Colecchia    on behalf of Plaintiff Suzanne Marie Skiles colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;ssidehamer@my-lawyers.us;jmonroe@my-lawyers.us;sweiss@my-lawyers.us;rjul
               iano@my-lawyers.us
              David A. Colecchia    on behalf of Plaintiff Damon Kristian Skiles colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;ssidehamer@my-lawyers.us;jmonroe@my-lawyers.us;sweiss@my-lawyers.us;rjul
               iano@my-lawyers.us
              David A. Colecchia    on behalf of Debtor Damon Kristian Skiles colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;ssidehamer@my-lawyers.us;jmonroe@my-lawyers.us;sweiss@my-lawyers.us;rjul
               iano@my-lawyers.us
              David A. Colecchia    on behalf of Joint Debtor Suzanne Marie Skiles colecchia542@comcast.net,
               dcolecchia@my-lawyers.us;ssidehamer@my-lawyers.us;jmonroe@my-lawyers.us;sweiss@my-lawyers.us;rjul
               iano@my-lawyers.us
              David W. Raphael    on behalf of Creditor    JPMorgan Chase Bank, N.A. draphael@grenenbirsic.com,
               mcupec@grenenbirsic.com
              Edward J. Laubach, Jr.    on behalf of Creditor    Internal Revenue Service
               edward.j.laubach@irscounsel.treas.gov,   pitirs.bk.email@irscounsel.treas.gov
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Mt. Oliver jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jerome B. Blank    on behalf of Creditor    Federal National Mortgage Association pawb@fedphe.com
              Jodi L. Hause    on behalf of Creditor    EMC Mortgage Corporation Jodihause@hotmail.com,
               Jodihause@hotmail.com
              Joseph P. Schalk    on behalf of Creditor    Federal National Mortgage Association pawb@fedphe.com,
               joseph.schalk@phelanhallinan.com
              Justin P. Schantz    on behalf of Debtor Damon Kristian Skiles jschantz@my-lawyers.us,
               colecchia542@comcast.net;office@my-lawyers.us;ssidehamer@my-lawyers.us;jmonroe@my-lawyers.us;swei
               ss@my-lawyers.us;rjuliano@my-lawyers.us
              Justin P. Schantz    on behalf of Joint Debtor Suzanne Marie Skiles jschantz@my-lawyers.us,
               colecchia542@comcast.net;office@my-lawyers.us;ssidehamer@my-lawyers.us;jmonroe@my-lawyers.us;swei
               ss@my-lawyers.us;rjuliano@my-lawyers.us

```
District/off: 0315-2           User: gamr                  Page 2 of 2                  Date Rcvd: Oct 05, 2016
                               Form ID: pdf900             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Kevin T. McQuail    on behalf of Creditor    FIFTH THIRD BANK ecfmail@mwc-law.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtdrive.com
          Robert P. Wendt    on behalf of Creditor    Fannie Mae pawb@fedphe.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          Scott A. Dietterick    on behalf of Creditor    Wells Fargo Bank, N.A., on behalf of registered Holders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2007-AC6 sad@jsdc.com,
           kab@jsdc.com;cls@jsdc.com;bankruptcynotice@zuckergoldberg.com;klm@jsdc.com
          Scott A. Dietterick    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC sad@jsdc.com,
           kab@jsdc.com;cls@jsdc.com;bankruptcynotice@zuckergoldberg.com;klm@jsdc.com

                                                                                       TOTAL: 27