**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | DAMON KRISTIAN SKILES |
| Debtor 2 (Spouse, if filing) | SUZANNE MARIE SKILES |
| Unites States Bankruptcy Court for the: | Western District of Pennsylvania (State) |
| Case Number: | 11-20875JAD |

Form 4100N

# Notice of Final Cure Payment

10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

| | |
|---|---|
| Name of creditor: | FIFTH THIRD BANK(*) |
| Court claim no. (if known): | 3 |
| Last 4 digits of any number you use to identify the debtor's account | 0 8 0 4 |
| Property Address: | 1131 VISTA HILL RD<br>CANONSBURG PA 15317 |

### Part 2: Cure Amount

**Total cure disbursements made by the trustee:** | Amount
---|---
a. Allowed prepetition arrearage: | (a) $ 0.00
b. Prepetition arrearage paid by the trustee: | (b) $ 0.00
c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ 0.00
d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ 0.00
e. Allowed postpetition arrearage: | (e) $ 0.00
f. Postpetition arrearage paid by the trustee: | + (f) $ 0.00
g. **Total.** Add lines b, d, and f. | (g) $ 0.00

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

Current monthly mortgage payment: $ $303.15

The next postpetition payment is due on 6 / 1 / 2016 (MM / DD / YYYY)

☐ Mortgage is paid directly by the debtor(s).

---

Form 4100N    **Notice of Final Cure Payment**    page 1

| Debtor 1 | **DAMON KRISTIAN SKILES** | Case number *(if known)* | **11-20875JAD** |
|---|---|---|---|
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

X /s/ Ronda J. Winnecour          Date  10/17/2016
Signature

| Trustee | Ronda J. Winnecour |
|---|---|
| Address | CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219 |
| Contact phone | (412) 471-5566 |
| Email | cmecf@chapter13trusteewdpa.com |

Debtor 1  **DAMON KRISTIAN SKILES**                               Case number *(if known)*  **11-20875JAD**
          Name

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---:|
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 05/29/2012 | 0795175 | FIFTH THIRD BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 3,909.80 |
| 06/27/2012 | 0799595 | FIFTH THIRD BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 371.16 |
| 07/27/2012 | 0803861 | FIFTH THIRD BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 246.69 |
| 08/30/2012 | 0808194 | FIFTH THIRD BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 339.68 |
| 09/25/2012 | 0812314 | FIFTH THIRD BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 238.50 |
| 10/29/2012 | 0816304 | FIFTH THIRD BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 539.03 |
| 11/27/2012 | 0820416 | FIFTH THIRD BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 336.51 |
| 12/21/2012 | 0824463 | FIFTH THIRD BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 293.86 |
| 01/29/2013 | 0828657 | FIFTH THIRD BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 533.20 |
| 02/25/2013 | 0832875 | FIFTH THIRD BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 410.55 |
| 03/26/2013 | 0837003 | FIFTH THIRD BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 382.52 |
| 04/24/2013 | 0841094 | FIFTH THIRD BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 306.66 |
| 05/23/2013 | 0845249 | FIFTH THIRD BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 355.25 |
| 06/25/2013 | 0849354 | FIFTH THIRD BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 424.91 |
| 06/25/2014 | 0898562 | FIFTH THIRD BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 3,580.35 |
| 07/24/2014 | 0902687 | FIFTH THIRD BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 463.63 |
| 08/26/2014 | 0906744 | FIFTH THIRD BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 303.15 |
| 09/29/2014 | 0910860 | FIFTH THIRD BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 303.15 |
| 10/29/2014 | 0914943 | FIFTH THIRD BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 292.68 |
| 11/24/2014 | 0919043 | FIFTH THIRD BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 313.62 |
| 12/22/2014 | 0923666 | FIFTH THIRD BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 303.15 |
| 01/27/2015 | 0927654 | FIFTH THIRD BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 303.15 |
| 02/24/2015 | 0931793 | FIFTH THIRD BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 292.69 |
| 03/26/2015 | 0935833 | FIFTH THIRD BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 313.61 |
| 04/24/2015 | 0939958 | FIFTH THIRD BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 303.15 |
| 05/26/2015 | 0944140 | FIFTH THIRD BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 303.15 |
| 06/23/2015 | 0948139 | FIFTH THIRD BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 303.15 |
| 07/28/2015 | 0952150 | FIFTH THIRD BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 303.15 |
| 08/26/2015 | 0956229 | FIFTH THIRD BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 303.15 |
| 09/28/2015 | 0960184 | FIFTH THIRD BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 241.06 |
| 10/26/2015 | 0964084 | FIFTH THIRD BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 365.24 |
| 11/24/2015 | 0968244 | FIFTH THIRD BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 303.15 |
| 12/22/2015 | 0972302 | FIFTH THIRD BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 303.15 |
| 01/26/2016 | 0976304 | FIFTH THIRD BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 303.15 |
| 02/24/2016 | 0980276 | FIFTH THIRD BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 303.15 |
| 03/28/2016 | 0984302 | FIFTH THIRD BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 303.15 |
| 05/24/2016 | 0992492 | FIFTH THIRD BANK(*) | AMOUNTS DISBURSED TO CREDITOR | 303.15 |
| | | | | 19,098.45 |

# CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

DAMON KRISTIAN SKILES
SUZANNE MARIE SKILES
1131 VISTA HILL ROAD
CANONSBURG, PA  15317

DAVID A COLECCHIA ESQ
LAW CARE
324 S MAPLE AVE
GREENSBURG, PA  15601

FIFTH THIRD BANK(*)
PO BOX 637640
CINCINNATI, OH  45263-7640

CHAPTER 13 BANKRUPTCY NOTICING SECTION**
PO BOX 829009
DALLAS, TX  75382-9009

MARGARET GAIRO ESQ
MCCABE WEISBERG & CONWAY PC
123 S BROAD ST STE 1400
PHILADELPHIA, PA  19109


10/17/16                                    /s/ Renee Ward
                                            Administrative Assistant
                                            Office of the Chapter 13 Trustee