**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Damon Kristian Skiles |
| Debtor 2 (Spouse, if filing) | Suzanne Marie Skiles |
| | aka Suzanne Marie Brom |
| United States Bankruptcy Court for the: | Western   District of   Pennsylvania (State) |
| Case number | 11-20875-JAD |

## Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| Part 1: | Mortgage Information |
|---|---|

**Name of creditor:**   Fifth Third Bank

**Court claim no.** (if known):   3

**Last 4 digits** of any number you use to identify the debtor's account:   0804

**Property address:**   1131 Vista Hill Rd
Number      Street

Canonsburg, Pennsylvania 15317
City                         State      ZIP Code

| Part 2: | Prepetition Default Payments |
|---|---|

*Check One*:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.  Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   _____

| Part 3: | Postpetition Mortgage Payment |
|---|---|

*Check one*

☒ Creditor states that the debtor(s) are current with all postpetition payment consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:   09/25/2016
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a.   Total postpetition ongoing payments due:   (a)   $0.00

b.   Total fees, charges, expenses, escrow, and costs outstanding:   + (b)   $0.00

c.   Total. Add lines a and b.   (c)   $0.00

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   / /
MM / DD / YYYY

Debtor I _____    Case number (if known) _____
        First Name       Middle Name      Last Name

---

## Part 4:    Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

## Part 5:    Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box::*

☐ I am the creditor
☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies

✗ /s/ Craig A. Edelman _____    Date  11/02/2016 _____
   Signature

Print    Craig A. Edelman _____    Title  Authorized Agent for Fifth Third
       First Name     Middle Name    Last Name         Bank

Company    Buckley Madole, P.C. _____

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    P. O. Box 9013
       Number       Street

       Addison, TX 75001
       City         State         Zip Code

Contact phone    (972) 643-6600 _____    Email  POCInquiries@buckleymadole.com

**CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before  November 2nd, 2016  via electronic notice unless otherwise stated:


**Debtor**
Damon Kristian Skiles
1131 Vista Hill Road
Canonsburg, Pennsylvania 15317

**Co-Debtor**
Suzanne Marie Skiles
1131 Vista Hill Road
Canonsburg Pennsylvania 15317

**Debtors' Attorney**
David A. Colecchia
Law Care
324 South Maple Avenue
Greensburg, PA  15601-3219

**Chapter 13 Trustee**
Ronda J. Winnecour
Suite 3250, USX Tower, 600 Grant Street
Pittsburgh, Pennsylvania 15219


Respectfully Submitted,

/s/  **Craig A. Edelman**