UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

## Conciliation Conference:

|  |  |
|---|---|
| Debtor: | DAMON KRISTIAN & SUZANNE MARIE SKILES |
| Case Number: | 11-20875-JAD    Chapter: 13 |
| Date / Time / Room: | WEDNESDAY, NOVEMBER 30, 2016  10:00 AM   COURTROOM D |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | MARY SCHUETZ |
| Reporter / ECR: | N/A |

## Matter:

CONTINUED - Debtors' Answer/Objection To The Notice Of Mortgage Payment Change  Re: Claim No. 17 [issued 6/10/2016 by Federal National Motgage Association c/o  Seterus, Inc.
- No Response Filed  [Due 9/23/2016]
- Hearing Held 10/5/2016 - Continued To 11/30/2016
R / M #:  250 / 0

## Appearances:

CHAPTER 13 TRUSTEE:  WINNECOUR / BEDFORD / KATZ  /  PAIL
DEBTORS:  DAVID A. COLECCHIA, ESQUIRE
CREDITOR:

## Proceedings:

\_\_\_ Motion is GRANTED  /  DENIED
\_\_\_\_\_ Special Type Of Order:
\_\_\_\_\_ CONTINUE MATTER:
   _____ For At Least _____ Days (Court To Issue Scheduling Order)
   _____ To Hearing Date Of _____ at _____ AM/PM at _____
   _____ To Conciliation Conference For _____ at _____ AM/PM at _____
\_\_\_\_\_ ISSUE EVIDENTIARY HEARING NOTICE
   _____ Evidentiary Hearing On Value And Cram-Down Interest
   _____ Complex / Pretrial Order -  NONJURY   /   JURY
   _____ Simple / Pretrial Order - NONJURY   /   JURY
   _____ Parties To Undertake Discovery - Discovery Period:  _____ days
\_\_\_\_\_ SETTLEMENT STIPULATION IS DUE _____
✓ OTHER:  O/E.

**- Order Entered 11/30/2016 sustaining Debtors' Objection and denying the Notice of Mortgage Payment Change**

JEFFERY A. DELLER
Chief U.S. Bankruptcy Judge

FILED
11/30/16 1:14 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA