UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

In re:

DAMON KRISTIAN SKILES
SUZANNE MARIE SKILES
    Debtor(s)

Case No. 11-20875JAD

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Ronda J. Winnecour, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/18/2011.

2) The plan was confirmed on 04/25/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1328 on 06/12/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/17/2016.

5) The case was completed on 07/25/2016.

6) Number of months from filing to last payment: 65.

7) Number of months case was pending: 70.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $35,850.00.

10) Amount of unsecured claims discharged without payment: $60,490.57.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $179,543.86 |
| Less amount refunded to debtor | $2,627.73 |

**NET RECEIPTS:** $176,916.13

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $9,047.23 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $5,922.85 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $14,970.08

Attorney fees paid and disclosed by debtor:    $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CCS INC++ | Unsecured | 8,436.33 | NA | NA | 0.00 | 0.00 |
| CHELA EDUCATION FINANCING++ | Unsecured | 1,885.00 | NA | NA | 0.00 | 0.00 |
| CHELA EDUCATION FINANCING++ | Unsecured | 1,964.00 | NA | NA | 0.00 | 0.00 |
| CHELA EDUCATION FINANCING++ | Unsecured | 2,619.00 | NA | NA | 0.00 | 0.00 |
| CHELA EDUCATION FINANCING++ | Unsecured | 2,762.00 | NA | NA | 0.00 | 0.00 |
| CHELA EDUCATION FINANCING++ | Unsecured | 3,159.00 | NA | NA | 0.00 | 0.00 |
| CHELA EDUCATION FINANCING++ | Unsecured | 3,974.00 | NA | NA | 0.00 | 0.00 |
| CHELA EDUCATION FINANCING++ | Unsecured | 6,244.00 | NA | NA | 0.00 | 0.00 |
| CHELA EDUCATION FINANCING++ | Unsecured | 9,078.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK**++ | Unsecured | 956.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK**++ | Unsecured | 1,175.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK**++ | Unsecured | 1,615.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK**++ | Unsecured | 1,773.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK**++ | Unsecured | 2,395.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK**++ | Unsecured | 2,395.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK**++ | Unsecured | 2,410.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK**++ | Unsecured | 2,455.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK**++ | Unsecured | 2,678.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK**++ | Unsecured | 5,207.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK**++ | Unsecured | 5,412.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK**++ | Unsecured | 5,820.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL B | Unsecured | 708.00 | 708.39 | 708.39 | 5.00 | 0.00 |
| DISCOVER BANK(*) | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY* | Unsecured | 252.00 | 316.04 | 316.04 | 2.23 | 0.00 |
| ECAST SETTLEMENT CORP** | Unsecured | 340.00 | 340.11 | 340.11 | 2.40 | 0.00 |
| ECMC(*) | Unsecured | 6,587.00 | 26,463.60 | 26,463.60 | 186.90 | 0.00 |
| EMC MORTGAGE CORP(*) | Unsecured | 14,849.00 | NA | NA | 0.00 | 0.00 |
| EMC MORTGAGE CORP(*) | Secured | 69,881.00 | 87,105.03 | 0.00 | 0.00 | 0.00 |
| FEDERAL NATIONAL MORTGAGE AS | Secured | 191,766.06 | 210,003.96 | 0.00 | 111,432.88 | 0.00 |
| FEDERAL NATIONAL MORTGAGE AS | Secured | 0.00 | 29,361.53 | 29,361.53 | 29,361.53 | 0.00 |
| FIFTH THIRD BANK(*) | Unsecured | 4,225.39 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FIFTH THIRD BANK(*) | Secured | 109,788.00 | 114,414.44 | 0.00 | 19,098.45 | 0.00 |
| FIRST HORIZON/FKA FT MRTG CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST HORIZON/FKA FT MRTG CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST TENNESSEE BANK | Unsecured | NA | 10,784.30 | 10,784.30 | 76.17 | 0.00 |
| IC SYSTEM INC | Unsecured | 741.00 | 741.00 | 741.00 | 5.23 | 0.00 |
| IC SYSTEM INC | Unsecured | 205.00 | 205.00 | 205.00 | 1.45 | 0.00 |
| INTERNAL REVENUE SERVICE* | Priority | 4,118.93 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC* | Unsecured | NA | 55.42 | 55.42 | 0.39 | 0.00 |
| JPMORGAN CHASE BANK NA | Unsecured | 0.00 | 645.31 | 645.31 | 4.56 | 0.00 |
| LANE BRYANT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 3,250.00 | 3,312.27 | 3,312.27 | 23.39 | 0.00 |
| MIDLAND FUNDING LLC BY AMERIC | Unsecured | NA | 832.95 | 832.95 | 5.88 | 0.00 |
| MT OLIVER BORO (SWG) | Secured | NA | 1,525.09 | 0.00 | 0.00 | 0.00 |
| MT OLIVER BORO (SWG) | Secured | NA | 202.84 | 0.00 | 0.00 | 0.00 |
| PENN CREDIT CORP | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| PHEAA(*) | Unsecured | 512.00 | NA | NA | 0.00 | 0.00 |
| PHEAA(*) | Unsecured | 1,574.00 | NA | NA | 0.00 | 0.00 |
| PHEAA(*) | Unsecured | 1,752.00 | NA | NA | 0.00 | 0.00 |
| PHEAA(*) | Unsecured | 2,039.00 | NA | NA | 0.00 | 0.00 |
| PHEAA(*) | Unsecured | 2,440.00 | NA | NA | 0.00 | 0.00 |
| PHEAA(*) | Unsecured | 3,504.00 | NA | NA | 0.00 | 0.00 |
| PHEAA(*) | Unsecured | 3,572.00 | NA | NA | 0.00 | 0.00 |
| PHEAA(*) | Unsecured | 3,582.00 | NA | NA | 0.00 | 0.00 |
| PHEAA(*) | Unsecured | 5,594.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT L | Unsecured | 588.00 | 588.45 | 588.45 | 4.16 | 0.00 |
| PRA RECEIVABLES MANAGEMENT L | Unsecured | 822.00 | 822.17 | 822.17 | 5.80 | 0.00 |
| PRA RECEIVABLES MANAGEMENT L | Unsecured | 8,436.00 | 8,436.33 | 8,436.33 | 59.58 | 0.00 |
| PRA RECEIVABLES MANAGEMENT L | Unsecured | 286.00 | 286.37 | 286.37 | 2.02 | 0.00 |
| REAL TIME RESOLUTIONS INC(*) | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| REAL TIME RESOLUTIONS INC(*) | Unsecured | 0.00 | 14,849.59 | 0.00 | 0.00 | 0.00 |
| SALLIE MAE INC O/B/O TX GUARANT | Unsecured | 2,638.00 | 2,646.25 | 2,646.25 | 18.69 | 0.00 |
| SALLIE MAE INC O/B/O USAF** | Unsecured | 10,130.00 | 62,469.54 | 62,469.54 | 441.18 | 0.00 |
| SALLIE MAE INC O/B/O USAF** | Unsecured | 17,079.00 | 31,958.52 | 31,958.52 | 225.71 | 0.00 |
| TARGET NATIONAL BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTION BUREAU INC | Unsecured | 455.00 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTION BUREAU INC | Unsecured | 971.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 832.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Secured | 0.00 | 16,941.49 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Secured | 58,889.00 | 75,831.16 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL** | Unsecured | 467.00 | NA | NA | 0.00 | 0.00 |
| WEST-AIRCOMM FCU | Unsecured | 2,313.00 | NA | NA | 0.00 | 0.00 |
| WEST-AIRCOMM FCU | Secured | 1,800.00 | 943.12 | 943.12 | 943.12 | 39.33 |

**UST Form 101-13-FR-S (9/1/2009)**

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $130,531.33 | $0.00 |
| Mortgage Arrearage | $29,361.53 | $29,361.53 | $0.00 |
| Debt Secured by Vehicle | $943.12 | $943.12 | $39.33 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$30,304.65** | **$160,835.98** | **$39.33** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$151,612.02** | **$1,070.74** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $14,970.08 |
| Disbursements to Creditors | $161,946.05 |
| **TOTAL DISBURSEMENTS :** | **$176,916.13** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/05/2016        By: /s/ Ronda J. Winnecour
                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**